**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHARLES BARCELONA,<br>Plaintiff,<br>v.<br>SEMPRA ENERGY, a California corporation; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA GROUP INSURANCE, a business entity form unknown; and DOES 1 through 20, inclusive,<br>Defendants. | **Case No.: CV 10-01853-VBF(Jcx)**<br><br>**ORDER ON:**<br><br>**A. PLAINTIFF'S F.R.C.P, RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DOES 1 THROUGH 20**<br><br>**AND**<br><br>**B. STIPULATION FOR PLAINTIFF'S F.R.C.P, RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NAMED AND SERVED** |

**ORDER**

After review of the Plaintiff Charles Barcelona's Notice of Dismissal, etc. et al., and the recitals and stipulation between the Plaintiff CHARLES BARCELONA and Defendants SEMPRA ENERGY, a California corporation; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA GROUP INSURANCE, a business entity form unknown, and for

**GOOD CAUSE SHOWN,**

**IT IS ORDERED THAT:**

1. The Dismissal of DOES 1 Through 20 with prejudice is accepted by the Court;

2. The Stipulation For Voluntary Dismissal With Prejudice (as to the named and served defendants who have appeared herein this action) as entered into between Plaintiff CHARLES BARCELONA and Defendants SEMPRA ENERGY, a California corporation; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA GROUP INSURANCE, a business entity form unknown is accepted by the Court;

**WHEREFORE**, this action in its entirety is dismissed with prejudice.

**WHEREFORE**, the Rule 26 conference set for hearing on April 26, 2010, is ruled off-calendar.

**IT IS SO ORDERED.**

Date: April 23, 2010

Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

CASE NO. 2:10-cv-1853-VBF(Jcx)

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 9025 Wilshire Blvd., 5th Floor, Beverly Hills, CA 90211.

On April 22, 2010, a true and correct copy of the foregoing document, **[PROPOSED] ORDER ON: A. NOTICE OF PLAINTIFF'S F.R.C.P, RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DOES 1 THROUGH 20; AND B. NOTICE OF STIPULATION FOR PLAINTIFF'S F.R.C.P, RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NAMED AND SERVED**, was served on all interested parties in this to the registered users via CM/ECF to the following counsel of record:

Adrienne C. Publicover, Esq.
Nicole Y. Pomerantz, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Tel.: (213) 443-5100
Fax: (213) 443-5101
Email: adrienne.publicover@wilsonelser.com
E-mail: nicole.pomerantz@wilsonelser.com

*Attorneys for Defendants Connecticut General Life Insurance Company, Cigna Group Insurance and Sempra Energy*

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on April 22, 2010, at Los Angeles, California.

/s/ .

Joseph C. Maher

- 4 -

[PROPOSED] ORDER ON NOTICE OF DISMISSAL AND STIPULATION FOR DISMISSAL